IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV350 |
| | ) | |
| V. | ) | |
| | ) | |
| LCW FAMILY LIMITED PARTNERSHIP, LCW MANAGEMENT CORPORATION, GREGORY NELSON, and NANCY WALLACE, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Freddie Penrose has moved to intervene in this action pursuant to Fed. R. Civ. P. 24 (filing 10). Under Rule 24, a motion to intervene must be "accompanied by a pleading that sets out the claim or defense for which intervention is sought." Fed. R. Civ. P. 24. Because Mr. Penrose has not presented such a pleading with his motion, his request to intervene will be denied.

Accordingly,

**IT IS ORDERED** that Freddie Penrose's Motion for Intervention (filing 10) is denied without prejudice to reassertion.

**DATED March 3, 2014.**

                                        **BY THE COURT:**

                                        **S/ F.A. Gossett**
                                        **United States Magistrate Judge**