# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:13CV350** |
| | ) | |
| V. | ) | |
| | ) | |
| **LCW FAMILY LIMITED PARTNERSHIP, LCW MANAGEMENT CORPORATION, GREGORY NELSON, and NANCY WALLACE,** | ) ) ) ) ) ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

Freddie Penrose ("Penrose") has moved to intervene in the above-entitled action pursuant to Fed. R. Civ. P. 24. (Filing 21.) Plaintiff notified the Court that it does not object to Penrose's motion. (Filing 27.) The remaining parties have not filed any opposition to the motion, and the deadline for doing so has passed. (Filing 24.) Therefore, the motion to intervene is deemed unopposed.

Having reviewed the matter, the Court finds that Penrose's motion should be granted.

Accordingly,

**IT IS ORDERED:**

1. The Second Motion for Intervention (filing 21) is granted.

2. Penrose's complaint in intervention, which was submitted in conjunction with Penrose's motion to intervene, shall be filed by or before March 27, 2014.

**DATED March 25, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**